**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Yiwu Qingbei Arts And Crafts Co., Ltd.,<br>Plaintiff,<br>v.<br>Schedule A Defendant,<br>Defendant. | Civil Action No.<br>2:26-cv-01855<br>(Judge Horan) |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Qingbei Arts And Crafts Co., Ltd., through its undersigned counsel, hereby gives notice of the voluntary dismissal, without prejudice, of this entire action and all claims asserted against Defendant, with each party to bear its own attorneys' fees, costs, and expenses.

Defendant has neither served an answer nor a motion for summary judgment. Accordingly, Plaintiff may voluntarily dismiss this action without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 14, 2026

/s/ Qin Zhuang

Qin Zhuang (NY 5749874)
870 Sunset Ave
Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com

*Proposed Pro Hac Vice Counsel for Plaintiff*